# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201800106

_____

## UNITED STATES OF AMERICA
Appellee

v.

## BILLIE J. MORTON
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Jeffrey V. Munoz, USMC.
Convening Authority: Commanding General, 1st Marine Division
(REIN), Camp Pendleton, California.
Staff Judge Advocate's Recommendation: Captain Matthew J. Stewart,
USMC.
For Appellant: Captain Matthew A. Blackwood, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 10 July 2018

_____

Before WOODARD, JONES, and KOVAC, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court